UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN LANDRY and THERESE LANDRY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:10-cv-00244-GZS ) ) |
| MAINE MEDICAL CENTER, | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their counsel, hereby stipulate to the dismissal of all of the claims in this action, with prejudice and without costs.


Date:  October 21, 2010              /s/Terrence D. Garmey
                                     Terrence D. Garmey
                                     Smith Elliott Smith & Garmey, P.A.
                                     7 Custom House Street, 5th Floor
                                     P.O. Box 442
                                     Portland, ME  04112-0442
                                     (207) 774-3199
                                     Attorney for Plaintiffs



Date:  October 21, 2010              /s/ Karen Frink Wolf
                                     Karen Frink Wolf
                                     Friedman Gaythwaite Wolf & Leavitt
                                     Six City Center, P.O. Box 4726
                                     Portland, ME  04112-4726
                                     (207) 761-0900
                                     Attorney for Defendant Maine Medical
                                     Center